THE NEW JERSEY STONE CO.

*v.*

JOHN V. R. VREELAND.

*Mr. Jacob Weart*, for appellant.

*Mr. Isaac S. Taylor*, for respondent.

On appeal from a decree of the vice-chancellor, reported in *Vreeland* v. *New Jersey Stone Co.*, 2 *Stew.* 189.

PER CURIAM.

This decree unanimously affirmed.